■ 860 FIFTH AVENUE CORP., Respondent, v CONTINENTAL GARAGE MANAGEMENT CORP. et al., Appellants

No opinion. Concur— Sandler, J. P., Sullivan, Asch, Milonas and Smith, JJ.